IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. PX-24-153 |
| **MYLES BROOKS** | * | |

\* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

The Federal Public Defender for the District of Maryland respectfully informs the Court that a conflict of interest has been identified which precludes this office from representing defendant Myles Brooks under the applicable rules of professional conduct.

WHEREFORE it is requested that this Honorable Court issue an Order (1) permitting the Federal Public Defender and Assistant Federal Public Defender Joanna Silver to withdraw as counsel for Mr. Brooks; and (2) directing that an attorney from the Criminal Justice Act panel be appointed to represent Mr. Brooks in this matter.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____
JOANNA SILVER
Assistant Federal Public Defenders
Office of the Federal Public Defender
6411 Ivy Lane, #710
Greenbelt, Maryland 20770
Phone: 301-344-0600
Fax: 301-344-0019
Email: joanna_silver@fd.org